JOE KESSLER, Respondent, *v.* BEN FLIGEL, Appellant.

(Submitted May 28, 1934; decided June 5, 1934.)

*Lawrence Kovalsky* for motion.
*Samuel M. Rivelson* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.